AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

ARTURO TORRES OCHOA,

    Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: 3:12-00241-MMD-WGC

EVERS, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** for failing to pay the filing fee.

| | |
|---|---|
| June 21, 2012 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |