UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARTURO TORRES OCHOA,<br><br>                        Plaintiff,<br><br>    v.<br><br>EVERS, et al.<br><br>                        Defendants. | Case No. 3:12-cv-00241-MMD-WGC<br><br>ORDER |

       This is a civil rights action submitted by the plaintiff. However, under 28 U.S.C. § 1915(g), Ochoa has been banned from filing actions *in forma pauperis* unless he can show he is in imminent danger of serious physical injury. Ochoa was advised to amend his complaint, if he could, to show such imminent harm. He did not do so and the complaint was dismissed (dkt no. 8).

       Plaintiff has now filed a document entitled "Motion to the Honorable Court Relate Records Evidences For Re-consider Hearing (dkt. No. 4)." (Dkt. no. 11.) Docket number 4 in this matter is plaintiff's motion for hearing, which was denied at the same time the complaint was dismissed.

       Plaintiff's motion offers a rather confusing story regarding plaintiff being "under kidnapping" [sic], and references to his plea of not guilty and "memorandum threats" about his ability to enroll in school in response to the Court's requirement that he show imminent danger. Plaintiff requests the Court to "apply this commons sense and set a hearing (dkt. No. 4)." The statement attached by plaintiff seems to indicate that he

1 believes he will be released from prison if he pays the fee.  Plaintiff's motion is
2 incomprehensible and therefore, the Court cannot offer relief.
3     IT IS THEREFORE ORDERED that the motion (dkt. no. 11) is DENIED.
4     IT IS FURTHER ORDERED that the Clerk shall not accept any other documents
5 for filing in this matter except a proper Notice of Appeal.

7     DATED THIS 12th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE

2